United States District Court
Southern District of Texas
**ENTERED**
May 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUZ GALVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00293 |
| | § | |
| BARRY CARLTON, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal of Claims (D.E. 80), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 4th day of May, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE